

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

_____

No. 02-24-00304-CV

_____

IN THE INTEREST OF O.M., J.M., AND D.M., CHILDREN

On Appeal from the 233rd District Court
Tarrant County, Texas
Trial Court No. 233-516858-12

Before Kerr, Birdwell, and Bassel, JJ.
Memorandum Opinion by Justice Kerr

**MEMORANDUM OPINION**

On September 26, 2024, we received from pro se Appellant Father a document that we construed as an appellant's brief. The next day, we notified Appellant that his brief did not conform with Texas Rules of Appellate Procedure 9.4(i), 9.8, and 38.1(a)–(k) and with Second Court of Appeals Local Rules 1.A and 7. *See* Tex. R. App. P. 9.4(i), 9.8, 38.1(a)–(k); 2nd Tex. App. (Fort Worth) Loc. R. 1.A, 7. We directed Appellant to file an amended brief complying with those rules no later than October 7, 2024. *See* Tex. R. App. P. 9, 38; 2nd Tex. App. (Fort Worth) Loc. R. 1. We also warned him that if he did not do so, we could strike his noncompliant brief and dismiss the appeal. *See* Tex. R. App. P. 38.8(a), 38.9(a), 42.3. We have received no response.

Because Appellant has failed to file a rule-compliant amended brief after we afforded him an opportunity to do so, we strike his brief and dismiss this appeal for want of prosecution. *See* Tex. R. App. P. 38.8(a)(1), 38.9(a), 42.3(b), 43.2(f).

/s/ Elizabeth Kerr
Elizabeth Kerr
Justice

Delivered:  December 12, 2024